THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK H. O'CONNOR, Appellant, *v.* JOHN F. AHEARN, as President of the Borough of Manhattan, City of New York, Respondent.

*People ex rel. O'Connor v. Ahearn,* 102 App. Div. 615, appeal dismissed. (Argued January 8, 1906; decided January 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 20, 1905, which affirmed an order of Special Term denying an application for a peremptory writ of mandamus to compel the defendant to reinstate the relator in the position of corporation inspector in the bureau of highways in the city of New York.

*John W. Browne* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly* and *William B. Crowell* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.